The People of the State of New York ex rel. William Mitchell, Appellant, v William Lape, as Superintendent of Marcy Correctional Facility, et al., Respondents.

Submitted December 11, 2006; decided February 22, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies from the order of an indi-

vidual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601). Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).